## Synopsis – Information
### ***Cantonese Interpreter Required***

| | |
|---|---|
| **Name:** | XISEN GUO |
| **Address:** (City & State Only) | Brooklyn, NY & Passadumkeag, ME |
| **Year of Birth and Age:** | 1956 (67) |
| **Violations:** | Count 1: Drug-involved premises, in violation of 21 U.S.C. § 856(a) (Class C Felony) |
| **Penalties:** | Count 1: Imprisonment of not more than 20 years, a fine not to exceed $500,000, or both.  (21 U.S.C. § 856(b)) |
| **Supervised Release:** | Count 1: Not more than 3 years.  18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts: Not more than 2 years.  18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Three years, less any term of imprisonment that was imposed upon revocation of supervised release.  18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Stephen Sweatt, Esq. (retained) |
| **Primary Investigative Agency and Case Agent Name:** | HSI Special Agent Daniel Zaehringer |
| **Detention Status:** | Pretrial release on bail, 1:24-mj-00084-JCN |
| **Foreign National:** | U.S. Citizen |
| **Foreign Consular Notification Provided:** | N/A |
| **Counties:** | Penobscot |
| **AUSA:** | Lizotte |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | No |
| **Assessment(s):** | $100.00 - 18 U.S.C. § 3013(a)(2)(A) |